IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLE VENTO MOLLISON,

      Plaintiff,                              No. MISC S-06-0130 FCD EFB

      vs.

UNITED STATES OF AMERICA

      Respondent.                          <u>ORDER</u>

_____/

      This action has been assigned to District Judge Frank C. Damrell, Jr. and referred to the undersigned pursuant to Local Rule 72-302(c). Pursuant to the provisions of Fed. R. Civ. P. 16, it is ordered that:

      1. Petitioner shall complete service of process on respondent within 30 days from the date this order is filed.

      2. In addition to a copy of the petition to quash, petitioner shall serve upon the respondent named herein, a copy of this order and shall file with the Clerk a certificate of such service.

////

////

1

3. Within 20 days after service of process is completed, petitioner shall submit a brief and affidavits supporting the facts alleged in the petition and within 20 days thereafter, respondents may move to compel compliance with their summons.

DATED: January 19, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE